UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRIAN PAUL GRINAGE,

      Plaintiff,

      v.                            Case No. 20-C-1058

STATE OF WISCONSIN, et al.,

      Defendants.

---

## ORDER

---

Plaintiff Brian Paul Grinage filed a complaint against Defendants on July 13, 2020. Later that day, the Clerk sent Plaintiff a letter advising him that within 21 days he either had to pay the $400 filing fee or file a request to proceed without prepaying it. Dkt. No. 2. On July 30, 2020, Plaintiff filed a writ of de novo, indicating he did not accept the court's requirement that he pay a filing fee in this action and indicated that he could always move this case to another court. Dkt. No. 3. To date, Plaintiff has neither paid the filing fee nor requested leave to proceed without prepaying it. From his failure to comply with the court's directive, the court infers that Plaintiff no longer wants to pursue this action. For these reasons, this action is **DISMISSED without prejudice** pursuant to Civil Local Rule 41(c). The Clerk is directed to enter judgment accordingly.

**SO ORDERED** at Green Bay, Wisconsin this 5th day of August, 2020.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge